WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '09 OCT 21 12:49 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ROBIE MORGAN,**                                                    CV # 08-1337-BR

    Plaintiff,

vs.                                                                  ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Attorney fees in the amount of $5,000.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be made payable to Attorney Tim Wilborn and mailed to Tim Wilborn's business address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 20th day of October, 2009.

                                                     _____
                                                     United States District Judge

Submitted on October 19, 2009 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1